IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY T. SNOW, IV,   )
                       )
    Plaintiff,        )
                       )
v.                     )   Civil Action No. 3:20CV317–HEH
                       )
ROBERT A. ROBBINS,     )
                       )
    Defendant.        )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on August 28, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $10.83 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                              /s/
                     HENRY E. HUDSON
Date: Oct 27, 2020   SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia